# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

---

IN RE:

    Yamil Speight-Miller
     aka Yamil Miller

Case No. 18-40344-nhl
Chapter 13

Debtor

---

## REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine whether this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

- [ ] Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b) (Official Form 2010)
- [✓] Schedule A/B (Property) (Official Form 106A/B)
- [✓] Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D)
- [✓] Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)
- [✓] Schedule I (Your Income) (Official Form 106I)
- [✓] Schedule J (Your Expenses) (Official Form 106J)
- [ ] Schedule J-2 (Expenses for Separate Household of Debtor 2) (Official Form 106J-2) (*if applicable*)
- [✓] Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- [✓] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2)
- [✓] Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- [ ] The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- [ ] The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reasons:

_____

_____